429 A.2d 109

Silvis v. Housholder, Appellant.

Argued April 14, 1980.

Jeffrey Lundy, for appellant; William T. Shulick, for appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Appeal quashed and case remanded.

■

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.